```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GORDON SURGICAL GROUP, P.C.,
PREMIER MEDICAL ASSOCIATES OF
THE HUDSON VALLEY LLP and NORTHERN
WESTCHESTER SURGICAL ASSOCIATES, LLP,

                         Plaintiffs,            21-CV-4796 (GHW (KHP)

       -against-                           **ORDER CONVERTING INITIAL
                                                      CASE MANAGEMENT
                                                      CONFERENCE TO TELEPHONIC**

EMPIRE HEALTHCHOICE HMO, INC. and
EMPIRE HEALTHCHOICE ASSURANCE, INC.,

                        Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Initial Case Management Conference in this matter scheduled for **Tuesday, January 25, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:      New York, New York
                 January 6, 2022

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge