Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/23/2022



**Matthew J. Aaronson**
matthew.aaronson@troutman.com

> **APPLICATION GRANTED:**  The Initial Case Management
> Conference in this matter scheduled for Tuesday, January 25,
> 2022, at 10:00 a.m. is hereby rescheduled to <u>Tuesday, February
> 15, 2022 at 12:30 p.m.</u>  Counsel for the parties are directed to call
> Judge Parker's AT&T conference line at the scheduled time.
> Please dial (866) 434-5269; access code 4858267.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
> 01/23/2022

January 21, 2022

<u>VIA ECF</u>
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 750
New York, NY 10007-1312

Re:    ***Gordon Surgical Group, P.C. et al. v. Empire HealthChoice HMO, Inc. et al.***
       <u>**Civil Action No. 1:21-cv-04796: Joint Request for Adjournment of Initial Case**</u>
       <u>**Management Conference**</u>

Your Honor:

        This firm represents Defendants Empire HealthChoice HMO, Inc. and Empire
HealthChoice Assurance, Inc. (collectively, "Empire") in the above-referenced action.

        Pursuant to Rule I(c) of Your Honor's Individual Practices, the parties jointly submit this
request for an adjournment of the Initial Case Management Conference currently scheduled for
January 25, 2022.  In light of Your Honor's granting of Plaintiffs' request to file an amended
complaint by February 9, 2022, the parties request that the Initial Case Management Conference
be adjourned until sometime after Empire files its response to the Amended Complaint.  This is
the fourth request for an adjournment of the Initial Case Management Conference.

        We thank Your Honor for your consideration of this matter.

                                        Respectfully submitted,

                                        /s/ *Matthew J. Aaronson*
                                        Matthew J. Aaronson