```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GORDON SURGICAL GROUP, P.C. et al.,

                            Plaintiffs,                                  21-CV-4796 (GHW) (KHP)

      -against-                                         **ORDER**

Empire HealthChoice HMO, Inc. et al.,

                            Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       By **September 23, 2022**, the parties shall file a joint status letter updating the Court on the status of discovery in this matter, including whether the parties are on track to complete discovery by the September 30, 2022 deadline.

       **SO ORDERED.**

DATED:     New York, New York
                August 18, 2022

                                                              _____
                                                             KATHARINE H. PARKER
                                                             United States Magistrate Judge