```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/19/2023
```

December 19, 2023

VIA ECF

**HARRIS BEACH** PLLC

ATTORNEYS AT LAW

The Hon. Gregory H. Woods
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

HE   MNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**ROY W. BREITENBACH**
MEMBER
DIRECT:   516.880.8378
FAX:       516.880.8483
RBREITENBACH@HARRISBEACH.COM

## MEMORANDUM ENDORSED

RE:   *Gordon Surgical, P.C. v. Empire HealthChoice HMO, Inc.,*
1:21-cv-04796-GHW-KHP

Dear Judge Woods:

We represent the Plaintiffs in this lawsuit. On December 6, 2023, Magistrate Judge Parker issued her Report and Recommendation in connection with Defendants' motion to dismiss (Dkt 85). Plaintiffs disagree with some of the conclusions in Magistrate Judge Parker's Report and Recommendation and intend to file Objections in accordance with Fed. R. Civ. 72. Those Objections, per Rule 72, must be filed by December 20, 2023.

Unfortunately, the undersigned, lead counsel for Plaintiffs, has been out sick for much of the last week. This, plus the press of other business, is requiring us, at what we acknowledge to be this late date, to respectfully request an enlargement of this deadline to file Objections to January 5, 2024. This is the first such request for enlargement of this deadline, and we have received the consent of Defendants' counsel.

Respectfully,

HARRIS BEACH PLLC

Roy W. Breitenbach

RWB:
cc:   Valerie Sirota, Esq.
Meaghan T. Feenan, Esq.

Application granted.  Plaintiffs' deadline to file objections to the Report and Recommendation, Dkt. No. 85, is extended to January 5, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 86.

SO ORDERED.

Dated:  December 19, 2023
New York, New York

GREGORY H. WOODS
United States District Judge