UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GORDON SURGICAL GROUP, P.C.,
PREMIER MEDICAL ASSOCIATES OF
THE HUDSON VALLEY LLP and NORTHERN
WESTCHESTER SURGICAL ASSOCIATES, LLP,

                      Plaintiffs,        21-CV-4796 (GHW (KHP)

     -against-                              **ORDER**

EMPIRE HEALTHCHOICE HMO, INC. and
EMPIRE HEALTHCHOICE ASSURANCE, INC.,

                      Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    The deadline by which any amended complaint must be filed is extended to June 3, 2024. Plaintiffs shall not file an amended complaint until the Court rules on the pending order to show cause.

    **SO ORDERED.**

DATED:    New York, New York
               May 6, 2024

_____
KATHARINE H. PARKER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/2024

1