```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GORDON SURGICAL GROUP, P.C.,
PREMIER MEDICAL ASSOCIATES OF THE
HUDSON VALLEY LLP *and* NORTHERN
WESTCHESTER SURGICAL ASSOCIATES,
LLP,

       Plaintiffs,

   -against-

EMPIRE HEALTHCHOICE HMO, INC. *and*
EMPIRE HEALTHCHOICE ASSURANCE,
INC.,

       Defendants
------------------------------------------------------------------ X

1:21-cv-4796-GHW

ORDER

**GREGORY H. WOODS, United States District Judge:**

On May 30, 2024, Defendants filed objections to Judge Parker's May 16, 2024 Report & Recommendation. Dkt. Nos. 99, 100. Any response to the objections is due no later than June 6, 2024.

SO ORDERED.

Dated: May 30, 2024

_____
GREGORY H. WOODS
United States District Judge