USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/24

**HARRIS BEACH PLLC**
ATTORNEYS AT LAW

October 28, 2024

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**VIA ECF**

**MEMORANDUM ENDORSED**

ROY W. BREITENBACH
MEMBER
DIRECT:   516.880.8378
FAX:      516.880.8483
RBREITENBACH@HARRISBEACH.COM

The Hon. Gregory H. Woods
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

RE: *Gordon Surgical Group, P.C. v. Empire Healthchoice HMO, Inc.*, 1:21-cv-04796-GHW-KHP

Dear Judge Woods:

We represent the Plaintiffs in this lawsuit. By Order dated September 6, 2024, this Court granted Plaintiffs an extension to file the third amended complaint and the remaining claims asserted in this lawsuit by separate pleading, to October 7, 2024 (Dkt. 109). By Order dated October 3, 2024, the Court granted a further extension due to the undersigned's wife illness until October 28, 2024.

Unfortunately, the undersigned's wife, while out of the hospital, has continued to be seriously ill, requiring the undersigned to be out of the office a substantial amount of time over the last few weeks coordinating care, arranging for aides, and providing primary care. This care is now in place, enabling the undersigned to return to work full time. Given the circumstances, however, Plaintiffs respectfully request a final two-week extension of time to file the third amended pleading and separate claims, to November 11, 2024. We make this request with consent of Defendants.

We greatly thank the Court for its consideration of this request.

Respectfully,

HARRIS BEACH PLLC

Roy W. Breitenbach

RWB:mtf

cc: Valerie Sirota, Esq.
    Meaghan T. Feenan, Esq.

Application granted. Plaintiffs' application for an extension of time to file the third amended complaint and separate claims, Dkt. No. 112, is granted. The deadline for Plaintiffs to file the third amended complaint and separate claims is extended to November 11, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 112.

SO ORDERED.

Dated: October 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge