UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GORDON SURGICAL GROUP, P.C.,
PREMIER MEDICAL ASSOCIATES OF
THE HUDSON VALLEY LLP and NORTHERN
WESTCHESTER SURGICAL ASSOCIATES, LLP,

                            Plaintiffs,

            -against-

  EMPIRE HEALTHCHOICE HMO, INC. and
  EMPIRE HEALTHCHOICE ASSURANCE, INC.,

                            Defendants.
-----------------------------------------------------------------X

**21-CV-4796 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the Case Management Conference on December 2, 2024, Defendants' request for a 60-day extension to answer or otherwise respond to Plaintiffs' Third Amended Complaint is GRANTED. Defendants shall file their response to the Third Amended Complaint by **February 3, 2025**.  By **Monday, January 8, 2025**, the parties shall file a joint letter updating the Court on the status of settlement.

            **SO ORDERED.**

DATED:        New York, New York
              December 2, 2024

_____
KATHARINE H. PARKER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/2/2024___