USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    04/08/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GORDON SURGICAL GROUP, P.C. et al.,

                            Plaintiffs,

             -against-

Empire HealthChoice HMO, Inc. et al.,

                         Defendants.

-----------------------------------------------------------------X

**21-CV-4796 (GHW) (KHP)**

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Order of Dismissal  filed on April 8, 2025 (doc. no 129) the Case

Management Conference currently scheduled for **April 21, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
             April 8, 2025

_____
    KATHARINE H. PARKER
    United States Magistrate Judge