**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

January 5, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  01/06/2026

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

**Roy W. Breitenbach**
Member
Direct:    516.880.8378
Fax:    516.880.8483
RBREITENBACH@HARRISBEACHMURTHA.COM

The Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **APPLICATION GRANTED:**  The Settlement Conference in
> these matters scheduled for **Monday, January 12, 2026** is hereby
> adjourned sine die.  Counsel is directed to file a settlement status
> letter by **01/14/2026.**    APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> **01/06/2026**

21-cv-04796-GHW-KHP/24-cv-08553-GHW-KHP

        RE:    Gordon Surgical v. Empire Healthchoice, 24-cv-08548-GHW-KHP /

Dear Magistrate Judge Parker:

        We represent the Plaintiffs in this lawsuit and write jointly with the Defendants to advise the Court that, although the case has not settled to date, the parties are finalizing settlement discussions and anticipate that a final global settlement will be reached by the end of the week without the need for Court assistance. Accordingly, the parties respectfully request that the settlement conference scheduled for next Monday, January 12, 2026, and all deadlines related to that conference be adjourned *sine die*.

                        Respectfully,

                        Roy W. Breitenbach

RWB:

cc:    Valerie Sirota, Esq.